ATF

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

_____Eastern_____  District of  _____Pennsylvania_____

United States of America
v.

TYONN HANEAK FOLLY
*Defendant*

)
)
)
)
)
)
)

Case No.     26-CR-196-1

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     TYONN HANEAK FOLLY                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
18:922(g)(1) - POSSESSION OF A FIREARM BY A FELON

Date:     _____04/30/2026_____

City and state:     _____Philadelphia, Pa_____

_____s/ Eric Sobieski_____
*Issuing officer's signature*

Eric Sobieski, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/30/26 , and the person was arrested on *(date)* 5/1/26 at *(city and state)* Philadelphia PA . |
| Date: 5/1/26 _____ *Arresting officer's signature* |
| ATF SA Skyler Behrend *Printed name and title* |